IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

OTTIS DANIEL MCRAE                                                                    PLAINTIFF

VS.                                          CASE NO. 04-CV-1087

UNION COUNTY, a subordinate political
entity in the State of Arkansas; KENNETH
JONES, Sheriff of the Union County Sheriff's
Office, in his individual and official capacity;
and various JOHN DOES of Union County
and/or the Union County Sheriff's Office,
policy makers, supervisors, agents, and/or
employees, in their individual and official
capacities                                                                                  DEFENDANTS

## **ORDER**

Before the Court is the Defendants' Motion for Summary Judgment.  (Doc. No. 36).  The Plaintiff has filed a response to the motion.  (Doc. No. 40).  Upon consideration, for the reasons stated in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted.**  Plaintiff Ottis Daniel McRae's claim for deliberate indifference against the Defendants is hereby dismissed with prejudice.

IT IS SO ORDERED, this 20th day of July, 2007.

                                             /s/Harry F. Barnes
                                             Hon. Harry F. Barnes
                                             United States District Judge